### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Related Docket No. 2576 |
| | ) |
| | ) |

**RESERVATION OF RIGHTS OF TEAMSTERS LOCAL 710 HEALTH & WELFARE FUND, TEAMSTERS LOCAL 710 PENSION FUND, CENTRAL PENNSYLVANIA TEAMSTERS HEALTH & WELFARE FUND, AND CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND TO DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO PROOFS OF CLAIM FOR WARN LIABILITY**

Teamsters Local 710 Health & Welfare Fund, Teamsters Local 710 Pension Fund, Central Pennsylvania Teamsters Health & Welfare Fund, and Central Pennsylvania Teamsters Pension Fund Teamsters Local 710 (the "Funds"), by and through their undersigned counsel, file this Reservation of Rights to *Debtors' Third Omnibus (Substantive) Objection to Proofs of Claim for Warn Liability* (the "Objection") [D.I. 2576].  In support of this Reservation of Rights, the Funds respectfully state as follows:

1.      On March 12, 2024, Debtors filed the Objection that objected to certain proofs of claims filed by the Funds (the "Claims") to the extent those proofs of claim included damages for violations of the WARN Act ("WARN Liability").  The Claims along with the Debtors' proposed modified amounts, which exclude amounts related to any WARN Liability were included on Schedules 1B and 1C (the "Modified Claims").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/case/yellowcorporation/info. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2.      In the Objection, Debtors contend, *inter alia*, that the Funds lack standing to bring claims under the WARN Act.  *See* Objection at ¶¶ 111-13 ("Under APA's binding authority, the WARN Act-related claims filed by the 38 pension or health and welfare funds fail for lack of standing.").

3.      Shortly after the filing of the Objection, counsel confirmed with Debtors' counsel that the modified amounts listed on Schedules 1B and 1C were the original amounts of the Claims less the purported WARN Liability portion of the Claims, which the Funds confirmed was accurate.

4.      The Funds consent to the Modified Claims listed in Schedules 1B and 1C only to the extent that the reductions are attributable to the WARN Liability portions of the Claims.

5.      The Funds consent to the Modified Claims is made without prejudice to, and with full reservation of the Funds' rights, claims, defenses, and remedies regarding the Modified Claims, and without in any way limiting any other rights of the Funds to the Modified Claims.

6.      Further, this Reservation of Rights is submitted without prejudice to, and with full reservation of, the Funds' rights, claims, defenses, and remedies, including the right to supplement the Reservation of Rights or modify, amend, or withdraw this Reservation of Rights, to seek discovery, to raise additional objections and to introduce evidence at any hearing related to the Objection, and without in any way limiting any other rights of the Funds' to respond to the Objection, on any grounds, as may be appropriate.

*[Remainder of Page Left Blank]*

Dated: March 26, 2024

**GELLERT SCALI BUSENKELL &
BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile:  (302) 425-5814
Email: mbusenkell@gsbblaw.com

    and

**WILLIG, WILLAMS & DAVIDSON**

James S. Beall
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3600
Email: jbeall@wwdlaw.com

*Counsel to Teamsters Local 710 Health & Welfare
Fund, Teamsters Local 710 Pension Fund, Central
Pennsylvania Teamsters Health & Welfare Fund,
and Central Pennsylvania Teamsters Pension Fund
Teamsters Local 710*