



Peter Keane

March 28, 2024

302.652.4100
Pkeane@pszjlaw.com

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

**Via Hand Delivery**

Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

    Re:    **Yellow Corporation**
                 **Case No. 23-11069 (CTG)**

Dear Clerk of the Court:

Enclosed for filing with the Court is an informal response relating to Docket No. 2577 *Debtors' Fourth Omnibus (Substantive) Objection to Proofs of Claim for WARN Liability* in the above-referenced case.



Patricia A. Reisser

Please contact me if you have any questions.

                          Very truly yours,

                          */s/ Peter J. Keane*

                          Peter J. Keane

PJK:pec
Enclosure

4881-6039-2882.1 88610.001

WWW.PSZJLAW.COM

RECEIVED
MAR 2 5 2024
LEGAL SERVICES

March 18 2024

Epiq Corporate Restructuring /Yellow Corp
P O Box 4470
Beaverton, OR 97076-4470




Filed: USBC - District of Delaware
Yellow Corp, ET AL    (COR)
23-11069 (CTG)
YRC
0000000167

Yellow Corp Case# 23-11069(ctg)
Fourth Omnibus claims Objection
Schedule 1-union employee
Claim# 3935, date filed 11/6/23
Re: 60 Warn Act $12,840.00

Employee:

Patricia A Reisser

RECEIVED / FILED
MAR 2 5 2024
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

My start date at this company was 11/4/87. I have worked for this company for over 35 years and I was tossed out on the street like a piece of garbage. I was a union employee at Yellow Corp and was not paid for the 60 days of the WARN ACT, which is in effect in the state of Illinois. However, all of the management people who worked in the same terminal I did in Wheeling, IL were paid severance pay. I know this for a fact, because I've spoken to several of them after the closing of the company. What I don't understand is how the company was able to pay severance pay to all the management staff, but did not pay a penny of severance to any of the union employees. So, if they can pay management severance, why wasn't I or any of the union employees paid anything? If the company knew ahead of time to pay the management employees, then there is No reason why they couldn't pay us.

Thank You



Patricia A Reisser

Copy sent to:

Office of the Clerk, US Bankruptcy Court for the District of Delaware
824 N. Market St, 3rd flr
Wilmington, DE 19801

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Yellow Corporation Case No. 23-11069 (CTG)
## Fourth Omnibus Claims Objection
### Schedule 1 - Union Employees

| Item # | Name/Address of Claimant | Claim # | Date Filed | Debtor/Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | PATRICIA A REISSER | 3935 | 11/6/2023 | YELLOW CORPORATION 23-11069 | - (S)<br>- (A)<br>- (B)<br>$12,840.00 (P)<br>- (U)<br>$12,840.00 (T) | LIABILITIES ASSERTED IN CLAIM THAT ARE RELATED TO WARN ARE BEING EXPUNGED PER THIS OBJECTION. ALL NON-WARN LIABILITIES ASSERTED IN CLAIM ARE NOT AFFECTED BY THIS OBJECTION. |
| Total | | 1 Claim | | | - (S)<br>- (A)<br>- (B)<br>$12,840.00 (P)<br>- (U)<br>$12,840.00 (T) | |

*Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1

Epiq Corp Restructuring
For: Yellow Corp
P.O. Box 4470
Beaverton, OR 97076-4470

