RECEIVED
2024 APR -8  AM 11: 09
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case Name: YELLOW CORP   Case Number: 23-11069-CTG

To Whom It May Concern:   I received a notice from the bankruptcy court stating that my claim may be disallowed, modified, or expunged because of the objection to the WARN Act. My objection to this notice is that the company never gave me any notice of the company closing. Ironically, this company paid out bonuses to the board members a total of 4.6 million, which was paid out on July 14, then paid out an additional payment on July 31, a day before this company filed for bankruptcy. In closing, this company Had knowledge of the closing, gave out bonuses to board members, and never gave any employees notice of the closing. This is a direct violation of WARN ACT.

Sign _____[signature]_____   Date__3-22-24__



Mr Dan Fitzpatrick

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET ST. 3RD FLOOR
WILMINGTON, DELAWARE, 19801

